## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | :   06cr001 (ESH) |
| JACK A. ABRAMOFF | : |
| | : |

_____

### PRAECIPE

Pursuant to Local Criminal Rule 57.26(c), the Clerk of the Court will please note that undersigned counsel for Jack A. Abramoff has moved law firms. Chadbourne & Parke LLP through undersigned counsel shall now represent Mr. Abramoff in this action. Opposing counsel has been informed of this change. Please note this new association and the following contact details in the Court's records:

Abbe David Lowell
Christopher D. Man
Chadbourne & Parke LLP
1200 New Hampshire Avenue NW
Washington, D.C. 20036
Tel: 202-974-5605
Fax: 202-974-5602

Please address all correspondence, pleadings, service of process, and miscellaneous deliveries to the new address, listed above.

                                                              **Chadbourne & Parke LLP**
                                                              Counsel for Jack A. Abramoff

Dated:   May 19, 2011                  By: _____/s/ Abbe David Lowell_____
                                                               Abbe David Lowell (Bar No. 358651)
                                                               Mail: adlowell@chadbourne.com
                                                               Christopher D. Man (Bar No. 453553)
                                                               Email: cman@chadbourne.com
                                                               1200 New Hampshire Avenue NW
                                                               Washington, D.C. 20036
                                                               Tel: 202-974-5600

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of May, 2011, I electronically submitted the foregoing Praecipe with the Clerk of the Court for the United States District Court for the District of Columbia as well as to all counsel of record, via the electronic case files system (a.k.a. ECF) of the Court.

By: /s/ Abbe David Lowell